UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BILLY R. MEADOWS** | **CIVIL ACTION NO. 3:17-cv-00977** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE ROBERT G. JAMES** |
| **CHAD LEE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 7], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Billy R. Meadows' Complaint [Doc. No. 1] is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii). Plaintiff's excessive sentence claim is dismissed with prejudice to being asserted again until the *Heck* conditions are met.

MONROE, LOUISIANA this 24th day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE